IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL L. FABER,  CV 04-645-PK[1]

        Plaintiff,  ORDER

v.

BOMBARDIER, INC., a foreign
corporation; BOMBARDIER
MOTOR CORPORATION, INC, a
foreign corporation;
BOMBARDIER RECREATIONAL
PRODUCTS, INC., a foreign
corporation; WEDCO MOULDED
PRODUCTS, AN UNINCORPORATED
DIVISION OF UNION CARBIDE CANADA,
INC.; and DOW CHEMICAL CANADA,
INC., a foreign corporation,

        Defendants.

---

   [1] On September 28, 2005, this case was reassigned to Magistrate Judge Paul Papak.

1 - ORDER

**MARC MCCULLOCH**
**WALTER WEISS JR.**
Powers, McCulloch &Bennett, LLP
3000 Wells Fargo Center
1300 S.W. Fifth Avenue
Portland, OR  97201
(503) 228-8588

       Attorneys for Plaintiff

**JONATHAN M. HOFFMAN**
**AARON C. DENTON**
Martin, Bischoff, Templeton, Langslet & Hoffman, LLP
888 S.W. Fifth Avenue, Suite 900
Portland, OR  97204
(503) 224-3113

       Attorneys for Defendants Bombardier, Inc.;
       Bombardier Motor Corporation, Inc.; and Bombardier
       Recreational Products, Inc. (hereinafter referred
       to as Bombardier Defendants)

**JEANNE F. LOFTIS**
**KATHERINE S. SOMERVELL**
Bullivant Houser Bailey P.C.
888 S.W. Fifth Avenue, Suite 300
Portland, OR  97204-2089
(503) 228-6351

       Attorneys for Defendants Wedco Moulded Products;
       Union Carbide Canada, Inc.; and Dow Chemical
       Canada, Inc. (hereinafter referred to as Union
       Carbide Defendants)

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#58) on July 29, 2005, in which he recommended the Court grant Union Carbide Defendants' Motion to Dismiss Cross-Claims against them for Lack of Jurisdiction (#26-1), deny the Union Carbide Defendants' Motion to Dismiss Cross-Claims against them for *forum non conveniens* (#26-2), and grant Union

2 - ORDER

Carbide Defendants' Motion to Dismiss Plaintiff's Claims (#35).

Plaintiff Paul Faber and Bombardier Defendants filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#58). Accordingly, the Court **GRANTS** the Union Carbide Defendants' Motion to Dismiss Cross-Claims against them for Lack of Jurisdiction (#26-1), **DENIES** the Union Carbide Defendants' Motion to Dismiss Cross-Claims against them for *forum*

*nonconveniens* (#26-2), and **GRANTS** the Union Carbide Defendants' Motion to Dismiss Plaintiff's Claims (#35).

IT IS SO ORDERED.

DATED this 20th day of October, 2005.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge

Faber CV 04-645 F&R.10-18-05.wpd